ORDERED in the Southern District of Florida on Mar 17, 2011



John K. Olson, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: RICKEY HENDERSON and             Case No. 10-36073-JKO
       ANGELIQUE HENDERSON,
            Debtors.         /          Chapter 13

ORDER GRANTING JOINT DEBTOR'S EMERGENCY
MOTION TO AUTHORIZE SALE OF HER 1/5TH INTEREST IN
NON-HOMESTEAD REAL PROPERTY, AND DIRECTING ANY CLOSING
AGENT ON SAID SALE TO DISBURSE THE NET PROCEEDS THEREFROM
TO JOINT DEBTOR AND OTHER SELLERS WITHOUT RESTRICTION

THIS CAUSE came to be heard on March 16, 2011 at 11:00 a.m. upon the Debtor's Emergency Motion to Authorize Sale of Her 1/5th Interest in Non-Homestead Real Property, and to Direct Any Closing Agent on Said Sale to Disburse the Net Proceeds Therefrom to Joint Debtor and Other Sellers Without Restriction (CP#58), and the Court, having heard argument of Debtor's Counsel, and for the reasons expressed on the record, it is

**ORDERED and ADJUDGED** that:

1. The Joint Debtor's Emergency Motion to Sell Her 1/5th Interest in Non-Homestead Real Property, and to Direct Any Closing Agent on Said Sale to Disburse the Net Proceeds Therefrom to Joint Debtor and Other Sellers Without Restriction is GRANTED;

2. The Joint Debtor owns a 1/5th interest in Non-Homestead Property ("the Property"), located at 12327 SW 148 Terrace, Miami, Florida 33186 and legally described as:

> Lot 4A, IN BLOCK 21A IN VILLAS OF DEERWOOD, REPLAT, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 121, AT PAGE 42 OF THE PUBLIC RECORDS OF DADE COUTNY, FLORIDA (a/k/a 30-5924-007-0400)

3. The Debtor is authorized to close on the contract for the sale of the Property to Esmeralda Narvaez pursuant to the Residential Contract for Sale and Purchase dated October 14, 2010 ("the Contract");

4. Any closing agent effecting the closing on the sale of the Property pursuant to the Contract is authorized and directed to payoff all claims secured by the property, to pay all usual and customary costs of closing, and to disburse the net proceeds to Joint Debtor and the other Sellers without any restriction whatsoever; and

5. The closing agent effecting the closing on the sale of the Property is also directed to provide attorney Schwitalla an

original, fully executed closing statement, as well as a copy of the disbursement check to Joint Debtor. The Debtor and Joint Debtor shall then file a motion to modify confirmed plan to increase the amounts provided in the plan to unsecured creditors to compensate them for the net proceeds to Joint Debtor in excess of $20,085.80.

###

SUBMITTED BY: James Schwitalla, Esquire
The Bankruptcy Law Offices of James Schwitalla, P.A.
12954 SW 133 Court, Miami, FL 33186
Phone: 305.278.0811, Fax: 305.278.0812
jws@MiamiBKC.net

THE FOLLOWING PARTIES ARE TO RECEIVE A CONFORMED COPY OF THIS ORDER: Debtor, Chapter 13 Trustee

**Attorney Schwitalla is directed to serve copies of this order on the parties listed and file a certificate of service.**