B23 (Official Form 23) (12/10)

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida

In re  Rickey Dewayne Henderson & Angelique Susan Henderson
        Debtor

Case No. __10-36073-JKO__

Chapter __13__

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 114(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, __RICKEY DEWAYNE HENDERSON__ the debtor in the above-styled case, hereby
(Printed Name of Debtor)

certify that on _____ (Date), I completed an instructional course in personal financial management provided by _____ an approved personal financial
(Name of Provider)
management provider.

Certificate No. (if any): __02114 · FLS · DE · 01268 6383__.

☐ I, _____ the debtor in the above-styled case hereby
(Printed Name of Debtor)
certify that no personal financial management course is required, because of *[Check the appropriate box.]*:

    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

    ☐ Active military duty in a military combat zone; or

    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: __/s/ Rickey Dewayne Henderson__

Date: __4.20.2011__

___

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under §1141(d)(5)(B) or §1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 02114-FLS-DE-012686393

Bankruptcy Case Number: 1036073

02114-FLS-DE-012686393

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 10/15/10, at 09:18 o'clock PM EST, Rickey Henderson completed a course on personal financial management given by Internet by CredAbility, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District Of Florida.

Title:   **Bankruptcy Program Manager**            Date:   **10.15.10**

By: /s/Ben Linton

CredAbility:
Phone: 866-672-2227
Email: info@credability.org
Website: www.credability.org/express
Tax ID: 58-0942924

3

B23 (Official Form 23) (12/10)

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida

In re  Rickey Dewayne Henderson & Angelique Susan Henderson
_____
              Debtor

Case No. __10-36073-JKO__

Chapter __13__

### JOINT DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 114(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, __ANGELIQUE SUSAN HENDERSON__ the debtor in the above-styled case, hereby
       (Printed Name of Joint Debtor)

certify that on _____ (Date), I completed an instructional course in personal financial management provided by _____ an approved personal financial
                    (Name of Provider)
management provider.

Certificate No. (if any): **02114·FLS·DE·014584704**.

☐ I, _____ the debtor in the above-styled case hereby
    (Printed Name of Joint Debtor)
certify that no personal financial management course is required, because of *[Check the appropriate box.]*:

   ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

   ☐ Active military duty in a military combat zone; or

   ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Joint Debtor: /s/ Angelique Susan Henderson

Date: **4·20·2011**

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under §1141(d)(5)(B) or §1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 02114-FLS-DE-014584704

Bankruptcy Case Number: 1036073

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 04/19/11, at 12:47 o'clock PM EST, Angelique Henderson completed a course on personal financial management given by Internet by CredAbility, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District Of Florida.

Title: __Director of Education__                Date: __04.19.11__

By: /s/Mechel Glass